IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Keller Jr, Douglas M | Case Number: 07 B 00055 |
|---|---|---|
| | Keller, Tina R | Judge: Wedoff, Eugene R |
| | Printed: 7/1/08 | Filed: 1/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 15, 2008
Confirmed: April 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,760.00 | |
| Secured: | | 6,743.73 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 516.27 |
| Other Funds: | | 0.00 |
| Totals: | 9,760.00 | 9,760.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 3. | SunTrust Bank | Secured | 0.00 | 0.00 |
| 4. | Illiana Financial Credit Union | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 20,000.00 | 1,270.10 |
| 6. | Monterey Financial Services | Secured | 321.34 | 212.62 |
| 7. | Drive Financial Services | Secured | 19,931.48 | 5,221.16 |
| 8. | SunTrust Bank | Secured | 1,380.95 | 39.85 |
| 9. | Illinois Dept of Revenue | Priority | 1,518.60 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 121.29 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 77.95 | 0.00 |
| 12. | Drive Financial Services | Unsecured | 91.65 | 0.00 |
| 13. | Cavalry Portfolio/Collection | Unsecured | 362.00 | 0.00 |
| 14. | Educational Credit Management Corp | Unsecured | 625.51 | 0.00 |
| 15. | Educational Credit Management Corp | Unsecured | 8,893.82 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 1,102.71 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 36.26 | 0.00 |
| 18. | AmeriCash Loans, LLC | Unsecured | 207.05 | 0.00 |
| 19. | RJM Acquisitions LLC | Unsecured | 51.90 | 0.00 |
| 20. | Illinois Dept of Revenue | Unsecured | 47.60 | 0.00 |
| 21. | Corporate America Family CU | Unsecured | 493.06 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 6,065.56 | 0.00 |
| 23. | Westgate Resorts Ltd | Secured | | No Claim Filed |
| 24. | Dana Allen | Priority | | No Claim Filed |
| 25. | HSBC Bank USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Keller Jr, Douglas M | Case Number: 07 B 00055 |
|---|---|---|
| | Keller, Tina R | Judge: Wedoff, Eugene R |
| | Printed: 7/1/08 | Filed: 1/3/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Westgate Resorts Ltd | Unsecured | | No Claim Filed |
| 27. | TCF Bank | Unsecured | | No Claim Filed |
| 28. | Hooked on Phonics | Unsecured | | No Claim Filed |
| 29. | Bradley Smith | Unsecured | | No Claim Filed |
| 30. | Cingular Wireless | Unsecured | | No Claim Filed |
| 31. | SBC | Unsecured | | No Claim Filed |

$ 63,828.73         $ 9,243.73

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 85.80 |
| 5.4% | 430.47 |

$ 516.27

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____